**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MAYFLOWER HOUSING PARTNERSHIP,**<br>**an Ohio Limited Partnership**<br>**c/o TransCon Builders, Inc.**<br>**25250 Rockside Road**<br>**Cleveland, OH 44146**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES**<br>**OF AMERICA**<br><br>**Defendant.** | ) | **CASE NO.**<br><br>06-731 C<br><br>**NOTICE OF DIRECTLY RELATED CASES** |

Pursuant to the provisions in RCFC 40.2(a), Plaintiff Mayflower Housing Partnership hereby gives Notice of Directly Related Cases:

CASE NAME: Statesman II Apartments, Inc., et al v. The United States of America

CASE NUMBERS: 04-805C and No. 04-806C (Consolidated)

These cases are *directly related* because they involve the same form of contract and the same issues, namely HUD's breach of its contract rent adjustment provisions in its Housing Assistance Payment ("HAP") Contracts, and in particular HUD's breach of Section 1.8 of the HAP Contract, which entitled the contracting entity to Automatic Annual Adjustments in the amount of rent paid by HUD, and which is the subject of dispute in both the consolidated cases named above and in the Complaint herein filed.

{K0302103.1}

In the interests of efficiency and for the sake of consistency in outcome, these cases should be assigned to the judge already familiar with the issues. Such an assignment will conserve judicial resources and promote an efficient determination of the actions.

Dated 10/25/06

Respectfully submitted,

Fred J. Livingstone (0009528)
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorneys for Plaintiff