**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MAYFLOWER HOUSING PARTNERSHIP,** <br> **an Ohio Limited Partnership** <br> **c/o TransCon Builders, Inc.** <br> **25250 Rockside Road** <br> **Cleveland, OH 44146** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **THE UNITED STATES** <br> **OF AMERICA** <br><br> **Defendant.** | ) | **CASE NO.** <br><br> 06-731 C <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to the Corporate Disclosure Statement provisions in RCFC 7.1: A nongovernmental corporate party to an action or proceeding in this court must file two copies if a statement that identifies any parent corporation and any publicly held company that owns 10% or more of its stock or states that there is no such corporation. A party must file the statement upon its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement upon any chance in the information that the statement requires.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Mayflower Housing Partnership .

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

___**Yes** ___X___ **No**

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

______________________________________________

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ **Yes** ___X___ **No**

If the answer is Yes, list below the identity of such corporation and the nature of the financial interest.

{K0302037.1}

Respectfully submitted,

Dated: 10/25/06

Fred J. Livingstone (0009528)
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorneys for Plaintiff