IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MAYFLOWER HOUSING PARTNERSHIP, )
)
Plaintiff, )
)
v. ) No. 06-731C
)
THE UNITED STATES, ) (Judge Lettow)
)
Defendant. )

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 62 days, to and including February 26, 2007, within which to file our response to the complaint. Our response is currently due on December 26, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Mayflower Housing Partnership ("Mayflower") has authorized us to state that Mayflower does not oppose this motion.

The parties have initiated settlement discussions. Based upon these early conversations, there is significant reason to believe that the dispute may be resolved in the coming weeks without the need for litigation.

Thus, it is in the interests of justice and judicial economy for the parties to avoid expending resources upon litigation. At this time, it appears possible that any resources devoted to litigation activity would be wasted.

The full enlargement of time requested is needed. As part of its settlement efforts, Mayflower has encouraged the agency to

consider the settlement of two other cases involving the same plaintiff. We anticipate that at least a few weeks will be required to coordinate all matters. Furthermore, in the event that settlement efforts are not successful, time will be needed for research, for drafting the response, and for review of the draft response by agency counsel and by supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

December 12, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

S/ James W. Poirier