IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: December 14, 2006)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant

ORDER

Pending before the court is the government's Unopposed Motion for an Enlargement of Time, filed December 12, 2006. The government requests an enlargement of 62 days, until February 26, 2007, of the deadline for filing its response to plaintiff's complaint. The government seeks the enlargement to pursue settlement discussions that the parties have initiated. Plaintiff does not oppose the motion.

For good cause shown, the government's motion is GRANTED. The government shall file its response to plaintiff's complaint on or before February 26, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge