IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAYFLOWER HOUSING PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-731C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Lettow) |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A STAY UNTIL MAY 30, 2007

_____Plaintiff, Mayflower Housing Partnership ("Mayflower"), and defendant, the United States, respectfully request that the Court stay this action until May 30, 2007.

The parties have engaged in settlement discussions. The parties are reasonably optimistic that settlement can be achieved, but Mayflower wishes to learn the outcome in certain other litigation in Ohio before making a final decision concerning settlement in this case. The schedule for the Ohio litigation suggests that the information sought by Mayflower is very likely to become available in May 2007.

In the event settlement discussions reach an impasse prior to May 30, 2007, either party may so notify the Court, and so seek cancelation of the stay. The parties respectfully request that, in such event, the United States should be allowed 14 days from the date of the order within which to file its response to the complaint.

This joint motion for a stay is in the interests of justice and judicial economy. If settlement can be achieved, then there

will be no need for any further action in this case. Accordingly, the resources of the parties and the Court will be conserved.

For these reasons, we respectfully request that our joint motion for stay be granted.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

S/ Fred J. Livingstone
FRED J. LIVINGSTONE
Taft, Stettinius
& Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

February 22, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February 2007, a copy of the foregoing "JOINT MOTION FOR A STAY UNTIL MAY 30, 2007" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

S/ James W. Poirier