IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAYFLOWER HOUSING PARTNERSHIP, Plaintiff, | ) | |
| v. | ) | No. 06-731C |
| THE UNITED STATES, | ) | (Judge Lettow) |
| Defendant. | ) | |

JOINT MOTION FOR A STAY UNTIL JULY 27, 2007

_____Plaintiff, Mayflower Housing Partnership ("Mayflower"), and defendant, the United States, respectfully request that the Court stay this action until July 27, 2007. The Court has previously granted the parties's joint motion for a stay until May 30, 2007.

The parties have engaged in settlement discussions. The parties are reasonably optimistic that settlement can be achieved, but Mayflower wishes to learn the outcome in certain other litigation in Ohio before making a final decision concerning settlement in this case.

Earlier, Mayflower believed that the information concerning the Ohio litigation would become available in May 2007. And, indeed, some progress has been made in those proceedings. At the same time, however, the Ohio litigation is not concluded, and the schedule for certain litigation has been amended recently to create a deadline of July 27, 2007.

The parties respectfully request that the deadline in this case be adjusted to track the deadline established in the Ohio litigation.

In the event settlement discussions reach an impasse prior to July 27, 2007, either party may so notify the Court, and so seek cancellation of the stay. The parties respectfully request that, in such event, the United States should be allowed 14 days from the date of the order within which to file its response to the complaint.

This joint motion for a stay is in the interests of justice and judicial economy. If settlement can be achieved, then there will be no need for any further action in this case. Accordingly, the resources of the parties and the Court will be conserved.

For these reasons, we respectfully request that our joint motion for stay be granted.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Fred J. Livingstone
FRED J. LIVINGSTONE
Taft, Stettinius
& Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

May 14, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2007, a copy of the foregoing "JOINT MOTION FOR A STAY UNTIL JULY 27, 2007" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. The parties may access this filing through the Court’s system.

S/ James W. Poirier