IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: May 17, 2007)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are two joint motions for a stay, filed by the parties on February, 22, 2007 and May 14, 2007, respectively. The first motion requests that the court stay this case until May 30, 2007, and the second motion now requests a stay until July 27, 2007. The parties request the stay, pending the outcome of certain other ongoing litigation that plaintiff wishes to consider before making a final decision concerning settlement in this case.

Both joint motions for a stay are DENIED. However, denial of a stay of proceedings should not impede further work on a potential settlement. The parties shall file a joint status report on or before July 27, 2007, providing a synopsis of progress on settlement negotiations.

It is so ORDERED.

s/ Charles F. Lettow
Judge