IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAYFLOWER HOUSING PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-731C |
| THE UNITED STATES, | ) | (Judge Lettow) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE ANSWER, OUT OF TIME

Defendant, the United States, respectfully requests leave to file the attached answer, out of time. Plaintiff, Mayflower Housing Partnership ("Mayflower"), has authorized us to state that Mayflower does not oppose this motion.

On December 11, 2006, the United States sought an enlargement of time of 62 days within which to file a response to the complaint upon the grounds that settlement prospects were encouraging, and that the parties sought to conserve resources. The Court granted our motion on December 14, 2006, and our response to the complaint became due on February 26, 2007.

On February 22, 2007, the parties filed a joint motion for a stay until May 30, 2007. On May 14, 2007, the parties filed a joint motion for a stay until July 27, 2007. By order dated May 17, 2007, the Court denied both motions for a stay, and ordered the parties to file a joint status report on or before July 27, 2007. Thus, our response to the complaint was due on February 26, 2007.

Upon receipt of the May 17, 2007 order, counsel did not immediately recall that no response to the complaint had been filed. The order itself mentioned a status report due in July. Furthermore, counsel has a very similar case in which an answer to the complaint has been filed. Pierce Street Partners v. United States, 06-812C (Fed. Cl.). Subsequently, counsel was reminded that a response to the complaint was due, and counsel prepared the answer that we seek leave to file.

We respectfully suggest that our motion for leave is in the interests of justice and judicial economy. The parties have proceeded in good faith in an effort to resolve their dispute as expeditiously and as economically as possible. The parties agreed in February not only to conserve the resources required to prepare and file a response to the complaint, but also to conserve the resources that would necessarily be devoted to subsequent activities ordinarily scheduled by reference to the filing of an answer. In view of the Court's order denying a stay of proceedings, we seek leave to file our answer at this time so that we may conform the pleadings to the schedule established by the Court.

For these reasons, defendant respectfully requests that our unopposed motion for leave to file our answer, out of time, be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

June 15, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER, OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

S/ James W. Poirier