IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: June 15, 2007)

| | |
|---|---|
| MAYFLOWER HOUSING PARTNERSHIP, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the government's unopposed motion, filed June 15, 2007, seeking leave to file its answer out of time. The government's answer was due February 26, 2007.

For good cause shown, the government's motion is GRANTED. The Clerk is directed to file the government's answer today.

It is so ORDERED.

s/ Charles F. Lettow
Judge