**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MAYFLOWER HOUSING PARTNERSHIP,** | **)** | **CASE NO. 06-731C** |
| | **)** | |
| **Plaintiff,** | **)** | **JUDGE LETTOW** |
| | **)** | |
| **v.** | **)** | **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT** |
| | **)** | |
| **THE UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

Plaintiff, Mayflower Housing Partnership, respectfully moves the Court for a 45-day extension of time until Monday, September 17, 2007, in which to submit the Joint Preliminary Status Report.

This motion is made in good faith and not for purposes of delay. The parties have been conducting continuous discussions to resolve this matter as part of a larger package, including other cases.

This extension will not stop Plaintiff's efforts to continue preparing this case for trial should the settlement negotiations not succeed. Plaintiff is working on preparing its initial disclosures so that it would be in a position to serve the disclosures soon after filing the Joint Preliminary Status Report at a date to be agreed upon at the early meeting of counsel.

Defendant's counsel consents to the requested extension of time.

Respectfully submitted,

Dated: August 3, 2007

*/s/ Fred J. Livingstone*

Fred J. Livingstone (0009528)
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Fred J. Livingstone*
Fred J. Livingstone (0009528)