IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: August 8, 2007)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's motion, filed August 3, 2007, seeking an enlargement of 45 days, to September 17, 2007, to file the parties' Joint Preliminary Status Report. The government consents to plaintiff's request.

For good cause shown, plaintiff's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge