IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAYFLOWER HOUSING PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-731C |
| THE UNITED STATES, | ) | (Judge Lettow) |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME, OUT OF TIME

_____Plaintiff, Mayflower Housing Partnership ("Mayflower"), and defendant, the United States, respectfully request the Court to grant an enlargement of time, out of time, of 60 days, to and including November 16, 2007, within which to file our joint preliminary status report (JPSR). Our JPSR was due on September 17, 2007. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of 45 days.

The parties sincerely apologize for failing to timely file this motion. Contrary to his usual practice, counsel for the United States failed to mark the deadline for filing the JPSR on his wall calendar, and thus he did not realize that the JPSR was due until it was drawn to his attention on September 18, 2007. We regret any inconvenience that our oversight has caused the Court, and commit to more diligence in the future.

Our joint motion for an enlargement of time is supported by the interests of justice and judicial economy because there is a substantial likelihood that the JPSR will serve no significant

purpose in this case. Thus, any resources devoted to the JPSR by the parties or the Court are likely to be wasted.

On September 14, 2007, Mayflower made an offer to settle this case. The parties are reasonably optimistic that this offer will be recommended by the agency, and that this offer will be accepted by the authorized representative of the Attorney General. However, we are unlikely to know whether the case will be settled for a few weeks because memoranda must be drafted and considered before a decision is made by the authorized representative of the Attorney General.

For these reasons, we respectfully request that our joint motion for an enlargement of time, out of time, be granted.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Fred J. Livingstone
FRED J. LIVINGSTONE
Taft, Stettinius
& Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attorney for Plaintiff

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

Attorneys for Defendant

September 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2007, a copy of the foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME, OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

S/ James W. Poirier