**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MAYFLOWER HOUSING PARTNERSHIP,** | ) | Case No. 06-731C |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES F. LETTOW |
| | ) | |
| v. | ) | **PLAINTIFF'S SUPPLEMENT TO JOINT MOTION FOR ENLARGEMENT OF TIME, OUT OF TIME** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

The plaintiff supplements the joint motion for enlargement of time with a recitation of the current status of the matter:

1. On August 30, 2007, counsel for plaintiff herein submitted to counsel for the Government proposed Joint Stipulations of Fact on all factual issues in the case.

2. On September 6, 2007, counsel for plaintiff attended a case management conference before Judge John R. Adams of the Federal District Court for the Northern District of Ohio who is handling a similar action by a sister entity to the plaintiff. Also in attendance was Nathan Catchpole, Esq., attorney in the Washington Litigation Office of the U.S. Department of Housing and Urban Development (HUD). At that conference it was suggested by Mr. Catchpole that if plaintiff's owners were agreeable, HUD would consider settling four matters having common ownership, including the matter pending before this Court, on a proposed basis to which the owner's representative of all four plaintiff entities involved in the said four pending matters, agreed.

3. On September 14, 2007 plaintiff's counsel submitted to defendant's counsel a letter offering proposed terms of settlement. Counsel for the parties are reasonably optimistic that the offer may be accepted by the authorized representative of the Attorney General.

Respectfully submitted,

_/s/ Fred J. Livingstone_____________

FRED J. LIVINGSTONE (0009528)
MARK J. VALPONI (0009527)
MAJEED G. MAKHLOUF (0073853)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com
mvalponi@taftlaw.com
mmakhlouf@taftlaw.com

*Attorneys for Plaintiff*
*Mayflower Housing Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007 I electronically filed the Plaintiff's Supplement to Joint Motion for Enlargement of Time, Out of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

/s/ Fred J. Livingstone
Fred J. Livingstone