IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: September 25, 2007)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are the parties' Joint Motion for an Enlargement of Time, Out of Time and the plaintiff's Supplement to Joint Motion for Enlargement of Time, Out of Time, both filed September 19, 2007. The parties seek an enlargement of time of 60 days, until November 16, 2007, to file their Joint Preliminary Status Report.

For good cause shown, the motion is GRANTED. The parties shall file their Joint Preliminary Status Report on or before November 16, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge