IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: November 19, 2007)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Enlargement of Time, filed November 14, 2007. The parties seek an enlargement of time of 7 days, to and including November 23, 2007, to file their Joint Preliminary Status Report.

For good cause shown, the motion is GRANTED. The parties shall file their Joint Preliminary Status Report on or before November 23, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge