IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAYFLOWER HOUSING PARTNERSHIP,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 06-731C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including December 10, 2007, for the parties to file the joint preliminary status report (JPSR). The JPSR is currently due to be filed by November 26, 2007. This is our third request for an enlargement of time for this purpose, the Court having granted enlargements 45 days and 60 days, respectively. Counsel for the plaintiff, Mayflower Housing Partnership ("Mayflower"), has authorized us to say that Mayflower does not oppose this motion for an enlargement of time.

Settlement efforts are continuing, but Mayflower recently indicated that it prefers to continue these proceedings while settlement is considered. Accordingly, on Friday, November 9, 2007, Mayflower sent a draft JPSR for the United States to consider.

Counsel for the United States has not yet had an opportunity to offer comments on the draft JPSR because of illness and the press of other business. (Counsel was away from the office on

November 12th because of the holiday, and away from the office tending to his ill son from November 13th through November 15th, and he was away from the office because of his own illness on November 19th and part of November 20th.) Counsel has reviewed the draft JPSR, and he expects substantial changes.

The full enlargement of time is needed. Counsel must consult with agency counsel in order to develop a counter-proposal to Mayflower, and counsel must negotiate with counsel for Mayflower. In addition, time is needed for review of the draft JPSR (following such negotiations) by agency counsel and by supervisors at the Department of Justice.

For these reasons, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969
Attorneys for Defendant

November 26, 2007

CERTIFICATE OF FILING

I hereby certify that on November 26, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier