IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: November 26, 2007)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Enlargement of Time, filed November 26, 2007. The parties seek an enlargement of time of 14 days, to and including December 10, 2007, to file their Joint Preliminary Status Report.

For good cause shown, the motion is GRANTED. The parties shall file their Joint Preliminary Status Report on or before December 10, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge