**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MAYFLOWER HOUSING PARTNERSHIP,** | ) | Case No. 06-731C |
| | ) | |
| | ) | JUDGE CHARLES F. LETTOW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JOINT MOTION FOR** |
| **THE UNITED STATES OF AMERICA,** | ) | **ENLARGEMENT OF TIME** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Mayflower Housing Partnership ("Mayflower"), and defendant, the United States of America, respectfully request the Court to grant an enlargement of time to and including January 4, 2008, within which to file our Joint Preliminary Status Report (JPSR). Our JPSR is due on December 10, 2007. This is our fourth request for an enlargement of time for this purpose, the Court having granted three previous enlargements.

Our joint motion for an enlargement of time is required because counsel for plaintiff was notified by the email attached as Exhibit A that the illness of the son of counsel for defendant is serious, which has prevented him from responding to plaintiff's draft of the JPSR, and requested this enlargement of time.

For this reason, we respectfully request that our joint motion for enlargement of time be granted.

Respectfully submitted,

Peter Keisler
Assistant Attorney General

Jeanne E. Davidson
Director

/s/ James W. Poirier
James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 616-0856
Fax: (202) 514-7969

Attorney for Defendant

/s/ Fred J. Livingstone
Fred J. Livingstone
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
(216) 706-3925

Attorney for Plaintiff

Of counsel:

Mark J. Valponi
Majeed M. Makhlouf
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
(216) 241-2838

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2007 I electronically filed the Joint Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

/s/ Fred J. Livingstone
Fred J. Livingstone