Exhibit A

**Livingstone, Fred J.**

---

**From:** Catchpole, Nathan W [Nathan.W.Catchpole@hud.gov]

**Sent:** Monday, December 03, 2007 5:19 PM

**To:** Livingstone, Fred J.

**Subject:** Mayflower: Another enlargement of time for filing JPSR

Fred,

Jim Poirier contacted me today and informed me that his son is still quite ill and that he would appreciate it if you would please file an enlargement of time for the JPSR. He did not indicate how much time he would need. My sense is that you should seek as much time as Judge Lettow will reasonably allow—perhaps until the beginning of January. I got the impression that his son's illness is rather serious. Please let me know whether that would be agreeable.

Nathan Catchpole, Esq.
Office of Litigation
U.S. Dept. of Housing & Urban Development
451 Seventh Street, SW
Washington, DC 20410
202-402-2894