IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: December 5, 2007)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Enlargement of Time, filed December 4, 2007. The parties seek an enlargement of time of 25 days, to and including January 4, 2008, to file their Joint Preliminary Status Report.

For good cause shown, the motion is GRANTED. The parties shall file their Joint Preliminary Status Report on or before January 4, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge