IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAYFLOWER HOUSING PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-731C |
| THE UNITED STATES, | ) | (Judge Lettow) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including January 18, 2008, for the parties to file the joint preliminary status report (JPSR). The JPSR is currently due to be filed by January 4, 2008. This is our sixth request for an enlargement of time for this purpose, the Court having granted enlargements 45 days, 60 days, 10 days, 14 days, and 25 days respectively. Counsel for the plaintiff, Mayflower Housing Partnership ("Mayflower"), has authorized us to say that Mayflower does not oppose this motion for an enlargement of time.

On December 17, 2007, Mayflower sent a revised settlement offer to the United States. A recommendation regarding this offer has been prepared. A decision by the authorized representative of the Attorney General is possible within the next two weeks.

Our motion is supported by the interests of justice and judicial economy. Any time devoted to the preparation of a JPSR at this time is likely to be wasted.

The full enlargement of time is needed. Although the memorandum concerning the latest Mayflower settlement offer is brief, the authorized representative of the Attorney General has many responsibilities. Time will be needed to consider the recommendation, and to make a decision.

For these reasons, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

January 3, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January , 2008, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier