IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: January 3, 2008)

| | |
|---|---|
| MAYFLOWER HOUSING PARTNERSHIP, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the Defendant's Unopposed Motion for an Enlargement of Time to File the Joint Preliminary Status Report. Defendant's motion, filed January 3, 2008, requests an enlargement of time of 14 days, to and including January 18, 2008, for the parties to file their Joint Preliminary Status Report.

For good cause shown, the motion is GRANTED. The parties shall file their Joint Preliminary Status Report on or before January 18, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge