IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAYFLOWER HOUSING PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-731C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Lettow) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of seven days, to and including January 25, 2008, for the parties to file the joint preliminary status report (JPSR). The JPSR is currently due to be filed by January 18, 2008. This is our seventh request for an enlargement of time for this purpose, the Court having granted enlargements 45 days, 60 days, 10 days, 14 days, 25 days, and 14 days, respectively. Counsel for the plaintiff, Mayflower Housing Partnership ("Mayflower"), has authorized us to say that Mayflower does not oppose this motion for an enlargement of time.

Settlement appears to be imminent. However, certain factual misunderstandings have resulted in the need for further discussions and some research of relevant records.

Our motion is supported by the interests of justice and judicial economy. Any time devoted to the preparation of a JPSR at this time is likely to be wasted.

The full enlargement of time is needed. A revised Mayflower settlement offer must be obtained, and revisions must be made to

the memorandum concerning a Mayflower settlement offer. In addition, time will be needed for the authorized representative of the Attorney General to consider the recommendation, and to make a decision.

For these reasons, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

January 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 18, 2008, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier