IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: January 22, 2008)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the Defendant's Unopposed Motion for an Enlargement of Time to File the Joint Preliminary Status Report. Defendant's motion, filed January 18, 2008, requests an enlargement of time of 7 days, to and including January 25, 2008, for the parties to file their Joint Preliminary Status Report.

For good cause shown, the motion is GRANTED. The parties shall file their Joint Preliminary Status Report on or before January 25, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge