IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MAYFLOWER HOUSING PARTNERSHIP, )
)
Plaintiff, )
)
v. ) No. 06-731C
)
THE UNITED STATES, ) (Judge Lettow)
)
Defendant. )

DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including February 8, 2008, for the parties to file the joint preliminary status report (JPSR). The JPSR is currently due to be filed by January 25, 2008. This is our eighth request for an enlargement of time for this purpose, the Court having granted enlargements 45 days, 60 days, 10 days, 14 days, 25 days, 14 days, and seven days, respectively. Counsel for the plaintiff, Mayflower Housing Partnership ("Mayflower"), has authorized us to say that Mayflower opposes this motion for an enlargement of time.

On January 24, 2008, Mayflower submitted a revised settlement offer. We anticipate that a recommendation concerning this settlement offer will be completed by Monday, January 28, 2008.

Our motion is supported by the interests of justice and judicial economy. Any time devoted to the preparation of a JPSR at this time is likely to be wasted.

The full enlargement of time is needed. Time will be needed for the authorized representative of the Attorney General to consider the recommendation, and to make a decision. In the event that the offer is accepted, time will be needed to agree upon and file a stipulation for entry of judgment.

For these reasons, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

January 25, 2008

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on January 25, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier