IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: January 28, 2008)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the Defendant's Motion for an Enlargement of Time to File the Joint Preliminary Status Report. Defendant's motion, filed January 25, 2008, requests an enlargement of time of 14 days, to and including February 8, 2008, for it to file its portion of the Joint Preliminary Status Report (Plaintiff filed its part of the Report on January 25, 2008). This is the eighth such request for an enlargement of time.

The motion is GRANTED. Defendant shall file its portion of the Joint Preliminary Status Report on or before February 8, 2008.

Absent extraordinary cause, no further extensions will be granted.

It is so ORDERED.

s/ Charles F. Lettow
Judge