IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-731C

(Filed: February 4, 2008)

MAYFLOWER HOUSING PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pursuant to the Stipulation for Entry of Judgment filed by the parties on February 1, 2008, the clerk shall enter judgment in favor of plaintiff and against the United States in the amount of $50,068.00, inclusive of interest.

No costs.

It is so ORDERED.

s/ Charles F. Lettow
Judge