# In the United States Court of Federal Claims

**No. 06-731 C**

**MAYFLOWER HOUSING PARTNERSHIP**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's order, filed February 4, 2008, and the parties' stipulation for entry of judgment, filed February 1, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $50,068.00, inclusive of interest. No costs.

John S. Buckley
Acting Clerk of Court

February 4, 2008 By: s/ Debra L. Samler

Deputy Clerk