United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

February 26, 2008

Fred Joseph Livingstone, Esq.

Taft Stettinus & Hollister LLP

200 Public Square, Suite 3500

Cleveland. OH 44114-2302

In re: Mayflower Housing Partnership v. United States, No. 06-731 C

Dear Mr. Livingstone:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated February 4, 2008, in favor of plaintiff.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: James William Poirier, Esq., Dept. Of Justice